**ANDERSON LAW PLLC**
48 NORTH MACDONALD
MESA, ARIZONA 85201
TELEPHONE (480) 272-5983

Adam C. Anderson/024314
Attorney for Respondent

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Vallejos, | Case No.: 2:12-CV-00974-MHB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT** |
| vs. | |
| Thunderbird Collection Specialists, Inc., | |
| Defendant. | |

NOW COMES Plaintiff, STEPHANIE VALLEJOS, by and through her attorneys, ANDERSON LAW, pllc, and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

1    DATED this 1st day of August 2012

2                                    **ANDERSON LAW** PLLC

3                             By____s/ Adam C. Anderson_____
                                    Adam C. Anderson
4                                   48 North MacDonald Street
                                    Mesa, AZ  85201
5                                   Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on 1 August 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.